IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICHARD LOPEZ-FIGUEROA, LEYDA GOMEZ-RENTAS, and the legal conjugal partnership composed between them<br><br>Plaintiffs<br><br>vs<br><br>DESARROLLOS METROPOLITANOS LLC; VMV ENTERPRISES CORPORATION; RESORT BUILDERS, LLC; METROPOLITAN BUILDERS, LLC; INSTITUTIONAL BUILDERS SE; THE DM GROUP OF COMPANIES; DDA MANAGEMENT LLC; ACE INSURANCE COMPANY; CHARTIS INSURANCE COMPANY; DEFENDANTS A,B,C,D,E,F<br><br>Defendants | CIVIL 12-1100CCC |

**JUDGMENT**

Having considered the Joint Motion Requesting Voluntary Dismissal with Prejudice and in Compliance with Court Order (**D.E. 144**) as well as the Confidential Stipulation and Release Agreement (**D.E. 146**), both filed by the parties on July 13, 2015, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice, and without the imposition of costs or attorney's fees.

The parties' Joint Motion to Restrict (**D.E. 145**) is GRANTED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 15, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge